

# Fourth Court of Appeals
## San Antonio, Texas

July 5, 2016

No. 04-16-00408-CR

**IN RE** Orlando **GONZALES**, Jr.

Original Mandamus Proceeding[1]

**ORDER**

Sitting:      Sandee Bryan Marion, Chief Justice
                Marialyn Barnard, Justice
                Rebeca C. Martinez, Justice

On October 25, 2013, relator filed a pro se petition for writ of mandamus. The court has considered the petition and is of the opinion that relator is not entitled to the relief sought. Accordingly, the petition for writ of mandamus is DENIED. *See* TEX. R. APP. P. 52.8(a). The court's opinion will issue at a later date.

It is so **ORDERED** on July 5, 2016.

_____
Sandee Bryan Marion, Chief Justice

IN WITNESS WHEREOF, I have hereunto set my hand and affixed the seal of the said court on this 5th day of July, 2016.

_____
Keith E. Hottle, Clerk

---

[1] This proceeding arises out of Cause No. 354469, pending in the County Court at Law No. 1, Bexar County, Texas, the Honorable John D. Fleming presiding.